UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLOS JOHNSON,

Plaintiff,

v.

GRADY WAY STATION, LLC, a Washington partnership, and JAY B. CRAMER,

Defendants.

Case No. C08-1651RAJ

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF CARLOS JOHNSON , and on behalf of DEFENDANTS in the amount of $2,882.08 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. Service Costs | $529.12 | $400.88 | $128.24 |
| Clerk allowed service costs for individuals that actually testified. | | | |
| II. Deposition Costs | $2,593.60 | 0 | $2,593.60 |
| III. Witness Fees | $164.62 | $61.04 | $103.58 |
| Clerk allowed costs for a witness that actually testified. | | | |

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. Copy Costs | $466.61 | $409.95 | $56.66 |

Clerk limited costs to only those expenses that were directly related to the trial.

Dated this 10th day of MARCH, 2000 .

Bruce Rifkin
Clerk, U.S. District Court